(January 2, 1985)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. C. JAMES LOMBARDI, JR., Petitioner, v EUGENE S. LeFEVRE, as Superintendent of Clinton Correctional Facility, et al., Respondents. — Application, pursuant to CPLR 7002 (subd [b], par 2) for writ of habeas corpus denied (see *People ex rel. Thomas v LeFevre,* 102 AD2d 925). Main, J. P., Casey, Weiss, Mikoll and Yesawich, Jr., JJ., concur.

■ In the Matter of LAWRENCE WESTFALL, Petitioner, v CLAIRE M. WESTFALL, Respondent. — Motion for permission to appeal to this court from order of Family Court, Cortland County, dated October 22, 1984, denied as unnecessary, without costs (Family Ct Act, § 1112). Mahoney, P. J., Kane, Main, Levine and Harvey, JJ., concur.